UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DWAYNE CLARK,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CIOLLI, et al.,<br><br>Defendants. | Case No. 1:21-cv-01081-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402 filing fee. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **July 13, 2021**                         /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE