UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DWAYNE CLARK,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW CIOLLI, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01081-SKO (PC)<br><br>**ORDER CLARIFYING STATUS OF FILING FEE PAYMENTS COLLECTED AND CREDITED**<br><br>(Docs. 9, 11) |

On December 9, 2021, this Court received correspondence from Plaintiff indicating Plaintiff believed he was owed a refund for overpayment of the assessed filing fee, citing to a series of purported payments deducted from his inmate account. (Doc. 9.) Subsequently, on March 3, 2022, the Court received correspondence from Plaintiff wherein he states "for some reason the payments were returned on several occasions. I do not know the reason because none was given." (Doc. 11.)

Plaintiff is advised that an inquiry concerning payments collected toward the filing fee owed in this matter reveals the following payments have been credited:

        9/21/2021    $40.00

        10/1/2021    $144.07

        1/11/2022    $85.68

        2/10/2022    $18.19

Thus, a total of $287.94 has been collected and credited, and a balance of $62.06 remains to be paid. As a result, Plaintiff is not entitled to a refund.

Based upon the foregoing, Plaintiff's requests for clarification of this issue are hereby deemed addressed by the Court.

IT IS SO ORDERED.

Dated:   **March 4, 2022**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE